STATE OF NEW JERSEY v. DONALD ALSTON, JAMES
BARNES, HARRY WILLIAMS AND
ADULLAH KHALIG.

June 12, 1980.

Leave to appeal is granted.

IN RE ORDER DENYING TEMPORARY OPERATING AUTHORIZA-
TION FOR FACILITIES OWNED AND OPERATED BY ENER-
GALL, INC., SCIENTIFIC CHEMICAL PROCESSING, INC., AND
PRESTO, INC.

June 12, 1980.

Leave to appeal the denial of an application to enforce the
Determination and Order of the Commissioner of the Depart-
ment of Environmental Protection dated March 27, 1980 is
granted; and it is further

ORDERED that the appellants immediately cease all solid
waste disposal operations, including the handling of special
wastes, at their facilities located at 411 Wilson Avenue, Newark,
and at 216 Paterson Plank Road, Carlstadt, pending the disposi-
tion of the appeal in the Appellate Division; and it is further

ORDERED that the Appellate Division accelerate its consider-
ation of the appeal on the merits.

Jurisdiction is not retained.